UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS R. SNELLING,

    Plaintiff,                                  Case No. 15-13797
                                                  Honorable Victoria A. Roberts

v.

RICHARD NEWSOME and
STEPHAN BRAMAN

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN ITS ENTIRETY [ECF NOS. 15; 32]

    Thomas Snelling ("Snelling") is incarcerated in the Michigan Department of Corrections ("MDOC"). He filed a 42 U.S.C. § 1983 *pro se* civil rights action against various MDOC employees named as Defendants. He alleges constitutional violations.

    This case is complicated because Defendants' failed to provide the Court with copies of all grievances in their motion for summary judgment. As a result, the Court entered an order partially disposing of Snelling's claims. (Doc. 39). Defendants then filed a motion for reconsideration that encompassed the remaining claims. (Doc. 40).

    Subsequently, the Court on its own motion, dismissed all Defendants *sua sponte* except Richard Newsome and Stephan Braman. (Doc. 46).

    The Court was not able to fully dispose of Defendants' motion for reconsideration because once again, the Defendants' failed to provide documentation that grievance ARF-1504-0952-28a ("ARF-0952") was not against Newsome and Braman. The Court partially held Defendants' motion in abeyance. Defendants have now provided the Court

1

with grievance ARF-0952 that makes clear this remaining grievance does not pertain to the remaining Defendants.

As a result, Defendants' motion for summary judgment is **GRANTED** in its entirety.

Judgment will enter in favor of Defendants.

**IT IS ORDERED.**

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  January 23, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record and Thomas Snelling by electronic means or U.S. Mail on January 23, 2017.

s/Linda Vertriest
Deputy Clerk